IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : 
:
v. : CRIMINAL ACTION NO. 10-556
:
JULIO COLON :

## ORDER

**AND NOW**, this 7th day of April, 2011, upon consideration of Defendant Julio Colon's Motion to Suppress, the Government's response thereto, and the hearing held on April 4, 2011, **IT IS HEREBY ORDERED** as follows:

1. The Motion is **DISMISSED WITHOUT PREJUDICE** insofar as it seeks to suppress physical evidence discovered during the search of 3348 N. Water Street, Philadelphia, PA.[1]

2. The Motion is **DENIED** insofar as it seeks to suppress physical evidence discovered during the search of 3462 N. Water Street, Philadelphia, PA.

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.

---

[1] At the hearing held on April 4, 2011, the Government represented, on the record, that it would not seek to introduce any evidence recovered during the search of 3348 N. Water Street. On the basis of that representation, we dismiss the Motion without prejudice insofar as it seeks to suppress such evidence.